```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 22537
   RAY LEE
   WANDA LEE                              CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-1537      SSN XXX-XX-8544


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1. The case was filed on 08/26/08 .

     2. The case was dismissed without confirmation, 12/05/2008.

-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                         PAID            PAID
-----------------------------------------------------------------------
OPTION ONE MORTGAGE CO   CURRENT MORTG         .00            .00             .00
OPTION ONE MORTGAGE CO   MORTGAGE ARRE   NOT FILED            .00             .00
MARQUETTE CONSUMER FINAN SECURED VEHIC         .00            .00             .00
LAKE COUNTY COLLECTOR    SECURED         NOT FILED            .00             .00
ILLINOIS DEPT REVENUE    PRIORITY        NOT FILED            .00             .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED            .00             .00
AMERICAN COLLECTION      UNSECURED       NOT FILED            .00             .00
ARMOR SYSTEMS            UNSECURED       NOT FILED            .00             .00
CCA                      UNSECURED       NOT FILED            .00             .00
CCA                      UNSECURED       NOT FILED            .00             .00
JEWEL FOOD STORES INC    UNSECURED       NOT FILED            .00             .00
INTERNAL REVENUE SERVICE UNSECURED       NOT FILED            .00             .00
MIDLAND CREDIT MGMT      UNSECURED       NOT FILED            .00             .00
SALUTE VISA GOLD         UNSECURED       NOT FILED            .00             .00
VISTA MEDICAL CENTER EAS UNSECURED       NOT FILED            .00             .00
ILLINOIS DEPT REVENUE    UNSECURED       NOT FILED            .00             .00
          Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED    OTHER       TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00         .00       .00         .00
PRINCIPAL PAID          .00         .00         .00       .00         .00
INTEREST PAID           .00         .00         .00       .00         .00
TOTAL PAID              .00         .00         .00       .00         .00
The Debtor's attorney, PETER L BERK              , was allowed $   3250.00
and was paid $    950.00  direct and $       .00  through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 03/13/09                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 08 B 22537 RAY LEE & WANDA LEE
```